# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**STATE OF FLORIDA,**

    **Plaintiff,**

v.                                                          **Case No: 6:18-cv-1930-Orl-37DCI**

**CALVIN MIGUEL DOUGLAS,**

    **Defendant.**

## REPORT AND RECOMMENDATION

On November 9, 2018, Defendant purported to remove a state criminal case against him to this Court. Doc. 1. In the second notice of removal filed on November 20, 2018, Defendant described himself as "Calvin Miguel Douglas / Emperor Elo Morocco Amexem In propria persona Sui Juris," purported to assert twenty-two claims against various state court actors, and signed the document as "Emperor Elo Morocco Amexem." Doc. 5. In relation to both of those notices of removal, Defendant requested to proceed in forma pauperis. Docs. 2; 6 (collectively, the Motions).

On November 21, 2018, the Court denied Defendant's Motions for leave to proceed in forma pauperis. Doc. 7. In addition, the Court noted that the notices of removal and the Motions fail to state any proper basis for this Court to exercise subject matter jurisdiction over this case. Thus, the Court ordered Defendant to show cause, on or before December 14, 2018, why this case should not be remanded for lack of subject matter jurisdiction. The Court then cautioned Defendant that "[f]ailure to show cause in writing – by filing a written response to this order to show cause – and to renew the motion to proceed in forma pauperis or pay the full filing fee within the time provided may result in the case being remanded without further warning." Doc. 7 at 4

(emphasis removed).  To date, Defendant has not responded to the Court's order to show cause, renewed his motion to proceed in forma pauperis, or paid the full filing fee.

Accordingly, it is respectfully **RECOMMENDED** that the case be **REMANDED** to state court and that the Clerk be directed to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on January 31, 2019.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy